IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANGELO M. CRAVER,

    Defendant.

: Case No. 3:17cr173

: JUDGE WALTER H. RICE

:

:

---

REMOVAL OF DETAINER LODGED AGAINST DEFENDANT IN STATE CUSTODY

---

Pursuant to the record made on April 29, 2021, the detainer lodged against this defendant with the Ohio Department of Rehabilitation and Corrections is lifted/removed, on the condition that defendant report to United States Probation Officer Eric Dern within forty-eight hours of release.

April 29, 2021

*Walter H. Rice* (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal
Eric Dern, USPO