IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 3:17CR173 |
| ) | |
| Angelo M. Craver ) | |
| ) | |

## ORDER TERMINATING SUPERVISED RELASE

The above named commenced a term of supervised release on October 2, 2018, for a period of five years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from supervised release and that the case be terminated.

Dated this 17th day of May, 2022

_____
Walter H. Rice
United States District Court Judge